IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG 11 A 9: 42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NUMBER: |
| CAROL THORN; JOLEEN LEEA ) COLON; DALE EUGENE ) KIRKINDOLL; ELIZABETH S. ) KIRKINDOLL; THOMAS HOLT ) KIRKINDOLL; JAMES W. GRIFFIN ) SANDRA L. GRIFFIN; PATRICK A. ) BELT; CHRISTOPHER B. BELT; ) GENE STEGMAIER; ESTATE OF ) WILLIAM R. KLAUSS, a deceased ) minor; ESTATE OF CHERETY THORN) a deceased minor; LV STABLER ) MEMORIAL HOSPITAL; DRPT LAKE) REHABILITATION CENTER BUTLER) COUNTY EMERGENCY MEDICAL ) SERVICES; ) ) | 2:06cv717-ID |
| Defendants. ) | |

## TENDER

Comes now the plaintiff, Progressive American Insurance Company ("Progressive"), pursuant to Rule 22 of the Federal Rules of Civil Procedure, and tenders its check in the amount of $100,000 which represents its liability limits in this case. Progressive requests the court to direct the circuit clerk to place the tendered funds on deposit in an interest-bearing account, pending further orders of this court.

*/s/ Larry Bradford*
R. Larry Bradford, Attorney for Plaintiff,
Progressive American Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Birmingham, AL 35216
(205) 871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the **3** day of August 2006, served a copy of the foregoing to all attorneys of records by placing a copy of same in the United States mail, postage prepaid, and properly addressed as follows:

Sidney W. Jackson, III. Esq.
Jackson, Foster & Graham
P.O. Box 2225
Mobile, AL 36652

*/s/ Larry Bradford*
OF COUNSEL