IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG 11  A 9:42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NUMBER: 2:06cv717-ID |
| CAROL THORN; JOLEEN LEEA COLON; DALE EUGENE KIRKINDOLL; ELIZABETH S. KIRKINDOLL; THOMAS HOLT KIRKINDOLL; JAMES W. GRIFFIN SANDRA L. GRIFFIN; PATRICK A. BELT; CHRISTOPHER B. BELT; GENE STEGMAIER; ESTATE OF WILLIAM R. KLAUSS, a deceased minor; ESTATE OF CHERETY THORN a deceased minor; LV STABLER MEMORIAL HOSPITAL; DRPT LAKE REHABILITATION CENTER BUTLER COUNTY EMERGENCY MEDICAL SERVICES; ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**MOTION TO INVEST FUNDS**

Comes now the plaintiff, Progressive American Insurance Company, pursuant to Rule 22 of the Federal Rules of Civil Procedure, and moves the court to direct the circuit clerk to invest the tendered monies in an interest-bearing account, pending further orders from the court.

_R. Larry Bradford_ (signature)

R. Larry Bradford, Attorney for Plaintiff,
Progressive American Insurance
Company
Attorney Bar Code: BRA039

OF COUNSEL:
Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205) 871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 3 day of August 2006, served a copy of the foregoing to all attorneys of records by placing a copy of same in the United States mail, postage prepaid, and properly addressed as follows:

Sidney W. Jackson, III. Esq.
Jackson, Foster & Graham
P.O. Box 2225
Mobile, AL 36652

Christopher L. Whittington, Esq.
Whittington & Reynolds
835 Louisiana Avenue
Baton Rouge, LA 70802

_R. Larry Bradford_ (signature)

OF COUNSEL