IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PROGRESSIVE AMERICAN INS. CO.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION NO. 2:06cv717-ID |
| v. | ) |
| | ) |
| **CAROL THORN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff's Motion To Invest Funds, filed August 11, 2006, it is ORDERED that said Motion be and the same is hereby GRANTED. It is further CONSIDERED and ORDERED that the clerk place these funds in an appropriate interest bearing account.

Done this 17th day of August, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE