### Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sandra Griffin
   8475 Woodland View Dr.
   Gainesville, GA 30506

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Fatinue Belt*
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06cv717-ID

3. Service Type
☒ Certified Mail    ☐ Express Mail
☒ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1350 0002 9317 2709

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

### Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gene Stegmaier
   8475 Woodland View Drive
   Gainsville, GA 30506

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Fatinue Belt*
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06cv717-ID

3. Service Type
☒ Certified Mail    ☐ Express Mail
☒ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1350 0002 9317 5052

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

### Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   James Griffin
   8475 Woodland View Dr.
   Gainsville, GA 30506

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Fatinue Belt*
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06cv717-ID

3. Service Type
☒ Certified Mail    ☐ Express Mail
☒ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1350 0002 9317 2693

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540