**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   BRPT Lake Rehabilitation Center
   5414 Brittany Drive, Ste. G
   Baton Rouge, LA 70808

   2:06cv717-ID

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jodu Balul_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  AUG 2 1 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☒ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 1350 0002 9317 5045

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154