AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

PROGRESSIVE AMERICAN INSURANCE COMPANY

V.

CAROL THORN; JOLEEN LEEA COLON; DALE EUGENE KIRKINDALE, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV717-ID

TO: (Name and address of Defendant)

Butler County Emergency Medical Services
Sunnyview Complex
309 Sunnyview Circle
Butler, PA 16003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bradford & Sears, P.C
2020 Canyon Road
Suite 100
Birmingham, AL 35216

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                      8/18/06
CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                  Date              *Signature of Server*

                                   _____
                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**BOARD OF COUNTY COMMISSIONERS**
Scott K. Lowe, *Chairman*
Glenn L. Anderson
James L. Kennedy

Frank P. Matis
*Director*
Robert W. Young
*Deputy*





DEPARTMENT OF EMERGENCY SERVICES

# Butler County

120 McCune Drive • Butler, PA 16001
Emergency 911   (724) 284-5211   Fax (724) 287-8024
E-mail  fmatis@co.butler.pa.us  •  rwyoung@co.butler.pa.us

August 21, 2006

Ms. Debra P. Hackett
Clerk of Court
U. S. District Court
One Church Street
Montgomery, AL  36104

Dear Ms. Hackett:

    Butler County Department of Emergency Services is in receipt of the attached summons.  This summons appears to have been sent to us by mistake.  The vehicle accident in this case occurred in Butler County, Alabama.  We are located in the Commonwealth of Pennsylvania.  This accident did not occur within our jurisdiction.

Sincerely,

Frank P. Matis, Director
Butler County Emergency Services

FPM/sad
Attachment