**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

L.V. Stabler Memorial Hospital
29 L.V. Stabler Drive
Greenville, Alabama
36037

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

Brenda Whitney
☐ Agent
☐ Addressee

B. Received by ( Printed Name)   Date of Delivery
Brenda Whitney   11-3-06

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

2:06CV-717-1D

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7006 0810 0006 5914 0715

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540