IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **PROGRESSIVE AM. INS. CO.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 2:06cv717-ID |
| v. | ) | |
| | ) | |
| **CAROL THORN, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff Progressive American Insurance Co.'s motion to extend time for service upon Defendants, filed December 13, 2006 (Doc. No. 21), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the time for Plaintiff to perfect service on Defendants be and the same is hereby EXTENDED to and including March 9, 2007.

DONE this 14th day of December, 2006.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE