**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Butler County EMS
6440 Highway 84
Evergreen, AL 36401
Nip E 2nd St
Sms

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Marguerite Powell
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Marguerite Powell

C. Date of Delivery
2/13/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CV-2:06-717-ID

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)
7006 2150 0005 2649 5084

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540