IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CAROL THORN; JOLEEN LEEA COLON; DALE EUGENE KIRKINDOLL; ELIZABETH S. KIRKINDOLL; THOMAS HOLT KIRKINDOLL; JAMES W. GRIFFIN; SANDRA L. GRIFFIN; PATRICK A. BELT; CHRISTOPHER B. BELT; GENE STEGMAIER; ESTATE OF WILLIAM R. KLAUSS, a deceased minor; ESTATE OF CHERETY THORN, a deceased minor; LV STABLER MEMORIAL HOSPITAL; BRPT LAKE REHABILITATION CENTER; BUTLER COUNTY EMERGENCY MEDICAL SERVICES; | ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 2:06-CV-717-IDeM |
| Defendants. | ) |

## ENTRY OF DEFAULT

It appearing that defendants James Griffin, Sandra Griffin, and Gene Stegmaier were duly served with a copy of the summons and complaint on August 21, 2006, and defendant Patrick A Belt was duly served with a copy of the summons and complaint on August 30, 2006, and said defendants have failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on December 21, 2006, as required by law.

The request for default as to BRPT Lake Rehabilitation and LV Stabler Memorial Hospital is not entered due to questions regarding service as relayed to Plaintiff's counsel.

DEFAULT is hereby entered against said defendants, James Griffin, Sandra Griffin, Gene Stegmaier, and Patrick A Belt.

DONE THIS  5TH  day of  April , 2007.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA