IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | |
| CAROL THORN, JOLEEN LEEA COLON; DALE EUGENE KIRKINDOLL; ELIZABETH S. KIRKINDOLL; THOMAS HOLT KIRKINDOLL; JAMES W. GRIFFIN; SANDRA L. GRIFFIN; PATRICK A. BELT; CHRISTOPHER B. BELT; GENE STEGMAIER; ESTATE OF WILLIAM R KLAUSS, a deceased minor, LV STABLE MEMORIAL HOSPITAL; DRPT. LAKE REHABILITATION CENTER; BUTLER COUNTY EMERGENCY MEDICAL SERVICES. | * * * * * * * * * * * * * | CIVIL ACTION NO: 2:06cv 717-ID |
| Defendants. | * | |

**DEFENDANTS DALE KIRKINDOLL, ELIZABETH KIRKINDOLL,
AND THOMAS HOLT KIRKINDOLL'S REPLY TO PLAINTIFF'S RESPONSE TO
SUMMARY JUDGMENT**

COME NOW the above referenced Defendants and submits to the Court their reply to Plaintiff's response to summary judgment as follows:

1. Plaintiff's response is based solely upon the allegation that summary judgment is premature. There is no opposition to the Defendant's rendition of the facts or their claim for the Progressive monies at issue. In short, there is no material issue of fact in this case and summary judgment is due to be granted.

2. No other parties have come forward and claimed an interest in these monies.

3. Based upon the undisputed facts and amount of monetary claims made by the

Defendants Kirkindoll, the presence of any other "potential" Defendants is unnecessary for the issuance of summary judgment.

The Kirdindoll Defendants pray this court to enter summary judgment in their favor for the full amount of Progressive's insurance policy as set forth in their Motion for Summary Judgment.

Respectfully submitted,

                          JACKSON, FOSTER & GRAHAM, LLC
                          Post Office Box 2225
                          Mobile, AL 36652
                          251-433-6699
                          251-433-6127

                          BY: /s/ SIDNEY W.JACKSON, III
                                SIDNEY W. JACKSON, III(JAC024)
                                MATHEW B. RICHARDSON (RIC050)

CERTIFICATE OF SERVICE

I hereby certify that I have on this day 27th of April, 2007, served a copy of the foregoing pleading with te Clerk of the Court using the CM/CEF system which will send notification of such filing to the following:

R. Larry Bradford, Esq.
BRADFORD & SEARS
2020 Canyon Road
Birmingham, AL 35216

Christopher L. Whittington, Esq.
WHITTINGTON & REYNOLDS
P.O. Box 3035
Baton Rouge, LA 70821-3035

Ronald G. Davenport, Esq.
505 North 20th Street, Suite 1800
Birmingham, AL 35203

Jimmie R. Ippolito, Jr., Esq.
1409 Coliseum Boulevard
Montgomery, AL 36130

/s/ SIDNEY W.JACKSON, III