IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, | * * * |
| Plaintiff, | * * |
| v. | * * |
| CAROL THORN, JOLEEN LEEA COLON; DALE EUGENE KIRKINDOLL; ELIZABETH S. KIRKINDOLL; THOMAS HOLT KIRKINDOLL; JAMES W. GRIFFIN; SANDRA L. GRIFFIN; PATRICK A. BELT; CHRISTOPHER B. BELT; GENE STEGMAIER; ESTATE OF WILLIAM R KLAUSS, a deceased minor, LV STABLE MEMORIAL HOSPITAL; DRPT. LAKE REHABILITATION CENTER; BUTLER COUNTY EMERGENCY MEDICAL SERVICES. | * * * * * * * * * * * * |
| Defendants. | * * |

CIVIL ACTION NO: 2:06cv 717-ID

## DEFENDANT'S DALE KIRKINDOLL, ELIZABETH KIRKINDOLL AND HOLT KIRKINDOLL'S (HEREINAFTER "KIRKINDOLL'S") REQUESTS FOR ADMISSIONS TO PLAINTIFF PROGRESSIVE INSURANCE COMPANY

COME NOW the above referenced Defendants and moves the Court for summary judgment in their behalf on the following grounds:

1. Admit that since the filing of the instant lawsuit all defendants except the Kirkindoll's have failed or refused to take part in the claims process relative to the accident forming the basis of Progressive's complaint.

2. Admit that Progressive has attempted on multiple occasions to serve all other defendants.

3. Admit that from a factual standpoint Progressive has no evidence to dispute the Kirkindoll's entitlement to all monies interplead.

4. Admit that the Kirkindoll's have answered the complaint, duly made a claim for the benefits and are entitled to the monies paid into Court.

Respectfully submitted,

JACKSON, FOSTER & GRAHAM, LLC
Post Office Box 2225
Mobile, AL 36652
251-433-6699
251-433-6127

BY: /s/ SIDNEY W.JACKSON, III
SIDNEY W. JACKSON, III(JAC024)
MATHEW B. RICHARDSON (RIC050)

CERTIFICATE OF SERVICE

I hereby certify that I have on this day 11th of May, 2007, served a copy of the foregoing pleading with te Clerk of the Court using the CM/CEF system which will send notification of such filing to the following:

R. Larry Bradford, Esq.
BRADFORD & SEARS
2020 Canyon Road
Birmingham, AL 35216

Christopher L. Whittington, Esq.
WHITTINGTON & REYNOLDS
P.O. Box 3035
Baton Rouge, LA 70821-3035

/s/ SIDNEY W.JACKSON, III