IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, | *<br>*<br>* |
| Plaintiff, | *<br>* |
| v. | *<br>* |
| CAROL THORN, JOLEEN LEEA COLON; DALE EUGENE KIRKINDOLL; ELIZABETH S. KIRKINDOLL; THOMAS HOLT KIRKINDOLL; JAMES W. GRIFFIN; SANDRA L. GRIFFIN; PATRICK A. BELT; CHRISTOPHER B. BELT; GENE STEGMAIER; ESTATE OF WILLIAM R KLAUSS, a deceased minor, LV STABLE MEMORIAL HOSPITAL; DRPT. LAKE REHABILITATION CENTER; BUTLER COUNTY EMERGENCY MEDICAL SERVICES. | *<br>*  CIVIL ACTION NO: 2:06cv 717-ID<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |
| Defendants. | * |

## NOTICE OF FILING

COME NOW the above referenced Defendants and file requests for production to Plaintiff Progressive Insurance Company.

Respectfully submitted,

        JACKSON, FOSTER & GRAHAM, LLC
        Post Office Box 2225
        Mobile, AL 36652
        251-433-6699
        251-433-6127

        BY: /s/ SIDNEY W.JACKSON, III
            SIDNEY W. JACKSON, III(JAC024)
            MATHEW B. RICHARDSON (RIC050)

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day 24rd of May, 2007, served a copy of the foregoing filing notice with the Clerk of the Court using the CM/CEF system which will send notification of such filing to the following and have served the requests via US Mail:

R. Larry Bradford, Esq.
BRADFORD & SEARS
2020 Canyon Road
Birmingham, AL 35216

Christopher L. Whittington, Esq.
WHITTINGTON & REYNOLDS
P.O. Box 3035
Baton Rouge, LA 70821-3035

/s/ SIDNEY W.JACKSON, III