**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

L.V. Stabler Memorial Hospital
C/o Greenville Hospital Corporation
150 S. Perry Street
Montgomery, AL 36104

CV-2:06.717-ID

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  D. Brown — ☒ Agent  ☐ Addressee

B. Received by (Printed Name): D. Brown
C. Date of Delivery: 6/6/07

D. Is delivery address different from item 1? ☐ Yes   ☒ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0002 3465 8782

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540