| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*): Beth Rachal  C. Date of Delivery: 6/8/07 |
| 1. Article Addressed to:<br>BRPT Lake Rehabilitation Center, LLC<br>Melanie Gallegos<br>530 Shadows Lane<br>Baton Rouge, LA 70806 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>CV-2:06-717-ID<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7006 3450 0002 3465 8461 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540