IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PROGRESSIVE AM. INS. CO.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION NO. 2:06cv717-ID |
| v. ) | |
| ) | |
| **DALE EUGENE KIRKINDOLL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff's motion for leave to amend complaint, filed June 26, 2007 (Doc. No. 54), it is ORDERED that said motion be and the same is hereby GRANTED on the condition that, on or before July 9, 2007, Plaintiff file an amended complaint which complies with the Middle District of Alabama's Local Rule 15.1. See M.D. Ala. LR 15.1 ("Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must, except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference.").

DONE this 27th day of June, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE