IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, | ) ) ) |
| PLAINTIFFS-STAKEHOLDERS, | ) ) |
| V. | ) Civil Action No.: CV-06-717.ID ) |
| CAROL THORN, et al., | ) ) ) |
| DEFENDANTS-CLAIMANTS. | ) |

**<u>DISCLOSURE STATEMENT PURSUANT TO</u>**
**<u>RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE</u>**

COME NOW the defendant sued as LV Stabler Memorial Hospital (correctly identified as Greenville Hospital Corporation d/b/a LV Stabler Memorial Hospital), pursuant to Federal Rule of Civil Procedure 7.1, and states that Greenville Hospital Corporation is wholly owed by CHS Holdings Corp (NY Corp), which is wholly owned by Community Health Investment Corporation (DE Corp.), which is wholly owned by CHS/Community Health Systems, Inc. (DE Corp.), which is wholly owned by Community Health Systems, Inc. (DE Corp.) a publicly traded company, trading under the symbol of "CYH" on the NYSE.

Respectfully submitted this _____ day of June, 2006.

/s/ Greer B. Mallette
Richard E. Smith
Greer B. Mallette
Attorneys for defendant Greenville Hospital Corporation d/b/a L.V. Stabler Memorial Hospital

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the foregoing pleading upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 29th day of June, 2007:

Sidney W. Jackson, III
Jackson, Foster & Graham
P.O. Box 2225

R. Larry Bradford
Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, AL 35216

/s/ Greer B. Mallette
OF COUNSEL