IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | |
| CAROL THORN, JOLEEN LEEA COLON; DALE EUGENE KIRKINDOLL; ELIZABETH S. KIRKINDOLL; THOMAS HOLT KIRKINDOLL; JAMES W. GRIFFIN; SANDRA L. GRIFFIN; PATRICK A. BELT; CHRISTOPHER B. BELT; GENE STEGMAIER; ESTATE OF WILLIAM R KLAUSS, a deceased minor, LV STABLE MEMORIAL HOSPITAL; DRPT. LAKE REHABILITATION CENTER; BUTLER COUNTY EMERGENCY MEDICAL SERVICES. | * * * * * * * * * * * * * | CIVIL ACTION NUMBER:2:06cv 717-ID |
| Defendants. | * | |

## CONFLICT DISCLOSURE STATEMENT

COME NOW, Defendants Dale Eugene Kirkindoll, Elizabeth S. Kirkindoll, and Thomas Holt Kirkindoll in the above captioned matter, and in accordance with the order of this court state the following:

The above mentioned parties are individuals and have no reportable relationships pursuant to the provisions of the Middle District of Alabama's general order no. 3047.

Respectfully submitted,

JACKSON, FOSTER & GRAHAM, LLC
Post Office Box 2225
Mobile, AL 36652

251-433-6699
251-433-6127

BY: _____
MATHEW B. RICHARDSON (RICHM0872)

CERTIFICATE OF SERVICE

I hereby certify that I have on this day 8th of July, 2007, served a copy of the foregoing pleading with te Clerk of the Court using the CM/CEF system which will send notification of such filing to the following:

R. Larry Bradford, Esq.
BRADFORD & SEARS
2020 Canyon Road
Birmingham, AL 35216

Greer Mallette
505 20th Street North, Suite 1800
Birmingham Al 35203

_____