IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PROGRESSIVE AMERICAN          )
INSURANCE COMPANY,            )
                             )
    PLAINTIFFS-STAKEHOLDERS,    )
                             )
V.                            )          Civil Action No.:  CV-06-717.ID
                             )
CAROL THORN, et al.,          )
                             )
    DEFENDANTS-CLAIMANTS.       )

ANSWER OF DEFENDANT LV STABLER MEMORIAL HOSPITAL
TO AMENDED COMPLAINT

    Comes now the Defendant sued as LV Stabler Memorial Hospital (correctly identified as Greenville Hospital Corporation d/b/a LV Stabler Memorial Hospital), and for Answer to Plaintiff's Amended Complaint says as follows:

    1.    Without sufficient information to admit or deny, therefore denied.

    2.    Without sufficient information to admit or deny, therefore denied.

    3.    Without sufficient information to admit or deny, therefore denied.

    4.    Without sufficient information to admit or deny, therefore denied.

    5.    Without sufficient information to admit or deny, therefore denied.

    6.    Without sufficient information to admit or deny, therefore denied.

    7.    Without sufficient information to admit or deny, therefore denied.

    8.    Without sufficient information to admit or deny, therefore denied.

    9.    Without sufficient information to admit or deny, therefore denied.

10.    Admitted.

11.    Admitted.

In addition , Defendant Hospital claims that it is entitled to an amount of the insurance proceeds equal to the amount of benefits and services provided by it to the patients treated at its facility.


/s/ Greer B. Mallette
Richard E. Smith
Greer B. Mallette
Attorneys for defendant Greenville Hospital Corporation d/b/a L.V. Stabler Memorial Hospital

OF COUNSEL:

CHRISTIAN & SMALL LLP
ATTORNEYS AND COUNSELORS
505 20TH STREET NORTH -  SUITE 1800
BIRMINGHAM AL  35203-2696
(205) 795-6588
(205) 328-7234  Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the foregoing pleading upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 16th day of   July  , 2007:

Mathew Richardson
Sidney W. Jackson, III
Jackson, Foster & Graham
P.O. Box 2225

R. Larry Bradford
Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, AL 35216

Jimmie R. Ippolito, Jr.
1409 Coliseum Boulevard
Montgomery, AL 36130

/s/ Greer B. Mallette
OF COUNSEL