**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 17, 2007

# NOTICE OF NON-COMPLIANCE AND CORRECTION

To: ALL COUNSEL OF RECORD
From: CLERK'S OFFICE

**Case Style: Progressive American Insurance Company vs. Carol Thorn, et al**

**Case Number: 2:06cv717-ID**

**Referenced Pleading: Document #54- Amended Complaint**

**The referenced pleading was electronically filed on \*\*\*June 28, 2007\*\*\* in this case and is not in compliance with the Middle District of Alabama Local Rule 15.1; therefore, this pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket and refer to the corrected Amended Complaint filed on 7/9/07 (Document #60).**