**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

July 20, 2007

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: Progressive American vs. Carol Thorn, et al**
**Case Number: 2:06cv717-ID**

**Pleading : #62 - Answer**

**Notice of Correction is being filed this date to advise that the referenced pleading that was e-filed on 7/16/2007 listed the incorrect party in the title of the pleading.**

**The corrected pdf document is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE AMERICAN ) <br> INSURANCE COMPANY, ) <br>                                 ) <br>     PLAINTIFFS-STAKEHOLDERS, ) <br>                                 ) <br> V.                              ) <br>                                 ) <br> CAROL THORN, et al.,            ) <br>                                 ) <br>     DEFENDANTS-CLAIMANTS.       ) | Civil Action No.:  CV-06-717.ID |

ANSWER OF DEFENDANT LV STABLER MEMORIAL HOSPITAL
TO AMENDED COMPLAINT

Comes now the Defendant sued as LV Stabler Memorial Hospital (correctly identified as Greenville Hospital Corporation d/b/a LV Stabler Memorial Hospital) , and for Answer to Plaintiff's Amended Complaint says as follows:

1. Without sufficient information to admit or deny, therefore denied.

2. Without sufficient information to admit or deny, therefore denied.

3. Without sufficient information to admit or deny, therefore denied.

4. Without sufficient information to admit or deny, therefore denied.

5. Without sufficient information to admit or deny, therefore denied.

6. Without sufficient information to admit or deny, therefore denied.

7. Without sufficient information to admit or deny, therefore denied.

8. Without sufficient information to admit or deny, therefore denied.

9. Without sufficient information to admit or deny, therefore denied.

10. Admitted.

11. Admitted.

In addition , Defendant Hospital claims that it is entitled to an amount of the insurance proceeds equal to the amount of benefits and services provided by it to the patients treated at its facility.

/s/ Greer B. Mallette
Richard E. Smith
Greer B. Mallette
Attorneys for defendant Greenville Hospital Corporation d/b/a L.V. Stabler Memorial Hospital

OF COUNSEL:

CHRISTIAN & SMALL LLP
ATTORNEYS AND COUNSELORS
505 20TH STREET NORTH -  SUITE 1800
BIRMINGHAM AL  35203-2696
(205) 795-6588
(205) 328-7234  Facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this date served a copy of the foregoing pleading upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 16th day of July, 2007:

Mathew Richardson
Sidney W. Jackson, III
Jackson, Foster & Graham
P.O. Box 2225

R. Larry Bradford
Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, AL 35216

Jimmie R. Ippolito, Jr.
1409 Coliseum Boulevard
Montgomery, AL 36130

                                            /s/ Greer B. Mallette
                                            OF COUNSEL