AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Progressive American Insurance Company

V.

Carol Thorn; Joleen Colon; Dale Eugene Kirkindoll; Elizabeth Kirkindoll; Thomas S. Holt Kirkindoll; James W. Griffin; Sandra L. Griffin;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:06cv717-1D

TO: (Name and address of Defendant)

Southern National Life Insurance Company, d/b/a Benefit Management Services
c/o Michelle Calandro
5525 Reitz Avenue
Baton Rouge, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216
(205) 871-7733

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE   7/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                       *Signature of Server*

                            _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Progressive American Insurance Company

V.

Carol Thorn; Joleen Colon; Dale Eugene Kirkindoll; Elizabeth Kirkindoll; Thomas S. Holt Kirkindoll; James W. Griffin; Sandra L. Griffin;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:06cv717-1D

TO: (Name and address of Defendant)

Schumacher Medical Group of Alabama
c/o The Corporation Company
2000 Interstate Park Drive
Suite 200
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216
(205) 871-7733

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  7/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                              *Signature of Server*

                                _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Progressive American Insurance Company

V.

Carol Thorn; Joleen Colon; Dale Eugene Kirkindoll; Elizabeth Kirkindoll; Thomas S. Holt Kirkindoll; James W. Griffin; Sandra L. Griffin;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv717-1D

TO: (Name and address of Defendant)

GEMS, Inc.
c/o Benny Abrams
Eutaw City Hall
116 Main Street
Eutaw, Alabama 35462

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216
(205) 871-7733

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  7/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                 Signature of Server

                                                 _____
                                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Progressive American Insurance Company

**SUMMONS IN A CIVIL ACTION**

V.

Carol Thorn; Joleen Colon; Dale Eugene Kirkindoll; Elizabeth Kirkindoll; Thomas S. Holt Kirkindoll; James W. Griffin; Sandra L. Griffin;

CASE NUMBER:   2:06cv717-1D

TO: (Name and address of Defendant)

State Farm Health Insurance
22 State Farm Drive
Monroe, LA 71208

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216
(205) 871-7733

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  7/20/07

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                         *Signature of Server*

                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Progressive American Insurance Company

V.

Carol Thorn; Joleen Colon; Dale Eugene Kirkindoll; Elizabeth Kirkindoll; Thomas S. Holt Kirkindoll; James W. Griffin; Sandra L. Griffin;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:06cv717-1D

TO: (Name and address of Defendant)

Baton Rouge Orthopaedic Clinic, LLC
c/o John L. Dardenne, Jr.
356 St. Charles Street
Baton Rouge, LA 70821

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216
(205) 871-7733

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                  7/20/07
CLERK                                               DATE

(BY) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                     Date                   *Signature of Server*

                                                _____
                                                *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Progressive American Insurance Company

V.

Carol Thorn; Joleen Colon; Dale Eugene Kirkindoll; Elizabeth Kirkindoll; Thomas S. Holt Kirkindoll; James W. Griffin; Sandra L. Griffin;

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:06cv717-1D

TO: (Name and address of Defendant)

Our Lady of the Lake Regional Medical Center
c/o Robert C. Davidge
5000 Hennessy Boulevard
Baton Rouge, LA 70808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216
(205) 871-7733

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  7/20/07

≊AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                     Date                   *Signature of Server*

                                       _____
                                       *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

Progressive American Insurance Company

V.

Carol Thorn; Joleen Colon; Dale Eugene Kirkindoll; Elizabeth Kirkindoll; Thomas S. Holt Kirkindoll; James W. Griffin; Sandra L. Griffin;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:06cv717-1D

TO: (Name and address of Defendant)

Baton Rouge Clinic
c/o Egar H. Silvey
7373 Perkins Road
Baton Rouge, LA 70808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216
(205) 871-7733

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

BY DEPUTY CLERK

DATE  7/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date                    Signature of Server

                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.