| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: The Corporation Company<br>X The Corporation Company ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery 7/23/07 |
| 1. Article Addressed to:<br>Schumacher Medical Group of Alabama c/o the Corporation Company 2000 Interstate Park Drive Suite 200 Montgomery, AL 36109 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:06 CV 717-ID |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0006 5915 7867 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |