| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Peggy H Stripling* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Peggy H Stripling*   C. Date of Delivery *7/23/07* |
| 1. Article Addressed to:<br><br>GEMS INC.<br>C/o Benny Abrams<br>Eutaw City Hall<br>116 Main Street<br>Eutaw, AL 35462 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:06CV-717-ID<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0006 5915 7850 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540