| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Valarie Robert_  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): Valarie Roberts   C. Date of Delivery: 07/23/07 |
| 1. Article Addressed to:<br>Southern National Life Insurance Company d/b/a Benefit Management Services<br>c/o Michelle Cajaudo<br>5525 Reitz Avenue<br>Baton Rouge, LA 70809 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>2:06CV-717-ID |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7006 0810 0006 5915 7074 | |
| Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |