**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Baton Rouge Orthopaedic Clinic LLC
C/o John L. Dardenne, Jr.
356 St Charles Street
Baton Rouge, LA 70821

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Peggy Lawrence_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Peggy Lawrence
C. Date of Delivery: 7/24/07

D. Is delivery address different from item 1? ☐ Yes ☑ No
If YES, enter delivery address below: ☐ No

2:06CV717-JP

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 0810 0006 5915 7836

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540