| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Bill Clark_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) Bill Clark<br>C. Date of Delivery AUG 27 2007 |
| 1. Article Addressed to:<br>State Farm Health Insurance<br>4700 South Providence Road<br>Columbia, Missouri 65203-7168 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>CV-2:06-CV717-ID |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0000 8485 0937 |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540