**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 31, 2007

# NOTICE OF CORRECTION

**To:**              **All Counsel of Record**

**From:**            **Clerk's Office**

**Case Style:**      **Progressive American Insurance Company v. Carol Thorn, et al.**

**Case Number:**     **#2:06-cv-00717-ID**

**Referenced Document:**  Document #75
Motion to Compel Plaintiff Progressive Insurance Company to
Respond to Defendant Kirkindoll's Discovery Requests

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a proper electronic signature on the certificate of service as required by the Civil Administrative Procedures II-C. The corrected pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, </br></br>       Plaintiff, </br></br> v. </br></br> CAROL THORN; JOLEEN LEEA COLON; DALE EUGENE KIRKINDOLL; ELIZABETH S. KIRKINDOLL; THOMAS HOLT KIRKINDOLL; JAMES W. GRIFFIN SANDRA L. GRIFFIN; PATRICK A. BELT; CHRISTOPHER B. BELT; GENE STEGMAIER; ESTATE OF WILLIAM R. KLAUSS, a deceased minor; ESTATE OF CHERETY THORN a deceased minor; LV STABLER MEMORIAL HOSPITAL; BRPT LAKE REHABILITATION CENTER; BUTLER COUNTY EMERGENCY MEDICAL SERVICES; </br></br>       Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )     CIVIL ACTION 2:06CV717-1D |

## MOTION TO COMPEL PLAINTIFF PROGRESSIVE INSURANCE COMPANY TO RESPOND TO DEFENDANT KIRKINDOLL'S DISCOVERY REQUESTS

COMES NOW the Defendants Dale Kirkindoll, Elizabeth Kirkindoll and Holt Kirkindoll (hereinafter "Kirkindolls") and request this Court for an Order directing Plaintiff Progressive to respond to the Kirkindoll's discovery requests. As grounds for said motion, Defendant shows unto the Court as follows:

1. The Kirkindolls filed Requests for Production of Documents and Request for Admissions to Plaintiff Progressive Insurance Company on May 11, 2007. Those discovery requests are attached hereto as Exhibits "A" and "B".

2. To date, Plaintiff Progressive has failed to respond to the above discovery requests, thereby prejudicing the Kirkindolls in their attempt to claim the monies subject to this action.

BASED ON the foregoing, the Kirkindolls respectfully request this Court to enter an

Order directing Plaintiff Progressive to respond immediately to these requests.

Respectfully Submitted,

/S/MATHEW B. RICHARDSON
MATHEW B. RICHARDSON
SIDNEY W. JACKSON, III
Attorneys for Defendants Kirkindolls
P.O. Box 2225
Mobile. Al 36652
251/433-6699

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 29th day of August, 2007, served a copy of the foregoing motion on the following via CM/ECF and US Mail:

R. Larry Bradford, Esq.
2020 Canyon Rd., Ste. 100
Birmingham, Al 35216

Ronald G. Davenport, Esq.
P.O. Box 270
Montgomery, Al 36101

Edgar M. Elliot, IV, Esq.
Greer B. Mallette, Esq.
505 N 20th St, Ste, 1800
Birmingham, Al 35203

Jimmie R. Ippolito, Jr., Esq.
1409 Coliseum Blvd.
Montgomery, Al 36130

/S/MATHEW B. RICHARDSON
MATHEW B. RICHARDSON
SIDNEY W. JACKSON, III
Attorneys for Defendants Kirkindolls
P.O. Box 2225
Mobile. Al 36652
251/433-6699