IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv717-ID |
| CAROL THORN, et al., | ) ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of defendants' motion to compel (Doc. # 75), filed August 30, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Plaintiff shall respond to defendants' requests on or before September 11, 2007.

DONE, this 5th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE