IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, | * * * |
| Plaintiff, | * * |
| v. | * * |
| CAROL THORN, JOLEEN LEEA COLON; DALE EUGENE KIRKINDOLL; ELIZABETH S. KIRKINDOLL; THOMAS HOLT KIRKINDOLL; JAMES W. GRIFFIN; SANDRA L. GRIFFIN; PATRICK A. BELT; CHRISTOPHER B. BELT; GENE STEGMAIER; ESTATE OF WILLIAM R. KLAUSS, a deceased minor; ESTATE OF CHERETY THORN, a deceased minor; LV STABLER MEMORIAL HOSPITAL; BRPT LAKE REHABILITATION CENTER; BUTLER COUNTY EMERGENCY SERVICES | * CIVIL ACTION #: 2:06cv717-SRW * * * * * * * * * * * * * * * |
| Defendants. | |

## DEFENDANTS DALE EUGENE KIRKINDOLL; ELIZABETH S. KIRKINDOLL; and THOMAS HOLT KIRKINDOLL'S NOTICE OF FILING OF DISCOVERY DOCUMENTS

COME NOW the Defendant "Kirkindolls" and hereby give notice of filing of the following :

__X__ Interrogatories and Requests for Production for LV Stabler Memorial Hospital, BRPT Lake Rehabilitation Center, Butler County Emergency Medical Services, Southern National Life Insurance Company, Baton Rouge Clinic, Gems, Inc., Schumacher Medical Group of Alabama, Our Lady of the Lake Regional Medical Center; and Baton Rouge Orthopedic Clinic, LLC.

Respectfully Submitted,

/s/ SIDNEY W. JACKSON, III
SIDNEY W. JACKSON, III(JAC024)
MATHEW B. RICHARDSON (RIC050)
JACKSON, FOSTER & GRAHAM, L.L.C.
Post Office Box 2225
Mobile, AL 36652
251-433-6699
251-433-6127

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 6th day of September, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Greer Burdick Mallet and Richard Earl Smith
counsel for LV Stabler Memorial Hospital
Christian & Small, LLP
505 20th Street North
1800 Financial Center
Birmingham, AL 35203-2695

BRPT Lake Rehabilitation Center
5414 Brittany Drive, Suite 9
Baton Rouge, LA 70808

Butler County Emergency Medical Services
16440 Highway 84
Evergreen, AL 36401

Southern National Life Insurance Company d/b/a
Benefit Management Services
c/o Michelle Calcadro
5525 Reitz Avenue
Baton Rouge, LA 70809

Baton Rouge Clinic
c/o Edgar H. Silvey
7373 Perkins Road
Baton Rouge, LA 70808

GEMS, Inc.
c/o Benny Abrams
Eutaw City Hall
116 Main Street
Eutaw, AL 35462

Schumacher Medical Group of Alabama
c/o the Corporation Company
2000 Interstate Park Drive, Suite 200
Montgomery, AL 36109

Our Lady of the Lake Regional Medical Center
c/o Robert C. Davidge
5000 Hennessey Blvd.
Baton Rouge, LA 70808

Baton Rouge Orthopedic Clinic, LLC
c/o John L. Dardenne, Jr.
356 St. Charles Street
Baton Rouge, LA 70821