IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:06cv717-ID |
| v. | ) ) ) | |
| CAROL THORN, et al., | ) ) | |
| Defendants. | ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff Progressive American Insurance Co.'s motion to dismiss interpleader defendants, filed September 11, 2007 (Doc. No. 82), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Defendants State Farm Health Insurance, GEMS, Inc., and Baton Rouge Orthopaedic Clinic be and the same are hereby DISMISSED as Defendants in this lawsuit.

Done this 11th day of September, 2007.


/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE