%AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

PROGRESSIVE AMERICAN INSURANCE COMPANY

V.

CAROL THORN; JOLEEN LEEA COLON; DALE EUGENE KIRKINDOLL, ET.AL.

**SUMMONS IN A CIVIL ACTION**

Alias Summons

CASE NUMBER: 2:06 CV-717-ID

TO: (Name and address of Defendant)

OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER
C/O ROBERT C. DAVIDGE, CEO
9205 HILLTRACE AVENUE
BATON ROUGE, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BRADFORD & SEARS, P.C.
2020 CANYON ROAD, SUITE 100
BIRMINGHAM, ALABAMA 35216

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Huckett*                                9-18-07
CLERK                                             DATE

(By) DEPUTY CLERK