| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  9-21-07 |
| 1. Article Addressed to:<br>Our Lady of the Lake Regional Medical Ctr.<br>c/o Robert C. Davidge, CEO<br>9205 Hilltrace Avenue<br>Baton Rouge, LA 70809 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>alias Sm, amp & amd. Cmp<br>CV-2:06 717-1D<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0000 8485 0968 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540