IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROL THORN; JOLEEN LEEA )<br>COLON; DALE EUGENE )<br>KIRKINDOLL; ELIZABETH S. )<br>KIRKINDOLL; THOMAS HOLT )<br>KIRKINDOLL; JAMES W. GRIFFIN )<br>SANDRA L. GRIFFIN; PATRICK A. )<br>BELT; CHRISTOPHER B. BELT; )<br>GENE STEGMAIER; ESTATE OF )<br>WILLIAM R. KLAUSS, a deceased )<br>minor; ESTATE OF CHERETY THORN )<br>a deceased minor; LV STABLER )<br>MEMORIAL HOSPITAL; BRPT LAKE )<br>REHABILITATION CENTER; BUTLER )<br>COUNTY EMERGENCY MEDICAL )<br>SERVICES; )<br>)<br>Defendants. ) | CIVIL ACTION NUMBER:2:06cv717-1D |

**Motion to Dismiss Interpleader Defendants**

Comes now the plaintiff, Progressive American Insurance Company ("Progressive"), and requests the clerk of court to dismiss defendant, Our Lady of the Lake Regional Medical Center, from this interpleader action. In support of the motion, Progressive shows unto the court as follows:

1.  Our Lady of the Lake Regional Medical Center was added as a defendant in this action because it may have provided medical treatment or benefits to individuals involved in the accident that made the basis of this lawsuit.

2.  Our Lady of the Lake Regional Medical Center has been served with the interpleader complaint. It's attorney has confirmed that it is not seeking any recovery for medical treatment or benefits provided to the individuals involved in this accident.

/s/ R. Larry Bradford
R. Larry Bradford, Attorney for
Progressive American Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205) 871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the __1st__ day of October, 2007, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Mathew Richardson, Esq.
Sidney W. Jackson, III., Esq.
Jackson, Foster & Graham
P.O. Box 2225
Mobile, AL 36602

Ronald G. Davenport, Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101-0270

Edgar M. Elliott, IV, Esq.
505 North 20TH Street, Suite 1800
Birmingham, Alabama 35203

Jimmie R. Ippolito, Jr., Esq.
1409 Coliseum Boulevard
Montgomery, Alabama 36130

Greer B. Mallette, Esq.
Christian & Small, LLP
505 20th Street North
1800 Financial Center
Birmingham, AL 35203-2695

/s/ R. Larry Bradford
OF COUNSEL