IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE AM. INS. CO., | ) |
| | ) |
|     Plaintiff, | ) |
| | )   CIVIL ACTION NO. 2:06cv717-ID |
| v. | ) |
| | ) |
| DALE EUGENE KIRKINDOLL, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff Progressive American Insurance Co.'s motion to dismiss interpleader defendant, filed October 1, 2007 (Doc. No. 88), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Our Lady of the Lake Regional Medical Center is hereby DISMISSED as a Defendant in this lawsuit.

DONE this 2nd day of October, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE