IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, | * * * |
| Plaintiff, | * * |
| v. | * * |
| CAROL THORN, JOLEEN LEEA COLON; DALE EUGENE KIRKINDOLL; ELIZABETH S. KIRKINDOLL; THOMAS HOLT KIRKINDOLL; JAMES W. GRIFFIN; SANDRA L. GRIFFIN; PATRICK A. BELT; CHRISTOPHER B. BELT; GENE STEGMAIER; ESTATE OF WILLIAM R KLAUSS, a deceased minor, LV STABLE MEMORIAL HOSPITAL; DRPT. LAKE REHABILITATION CENTER; BUTLER COUNTY EMERGENCY MEDICAL SERVICES. | * * * * * * * * * * * * * |
| Defendants. | * |

CIVIL ACTION NUMBER:
2:06CV717ID

**DEFENDANT'S DALE KIRKINDOLL, ELIZABETH KIRKINDOLL, HOLT KIRKINDOLL'S RENEWED MOTION FOR SUMMARY JUDGMENT**

**DEFENDANTS, DALE KIRKINDOLL, ELIZABETH KIRKINDOLL, AND THOMAS HOLT KIRKINDOLL'S MOTION FOR SUMMARY JUDGMENT**

COME NOW the above referenced Defendants and moves the Court for summary judgment on their behalf on the following grounds:

1. Each of the Defendants were injured in the automobile accident forming the basis of Plaintiff's Interpleader;

2. Plaintiff has tendered $100,000.00 into Court to be paid to the covered persons;

3. No other Defendants named have appeared claiming the monies;

4. The above referenced Defendants are entitled to the full policy limits in the amount of $50,000.00 per person/$100,000.00 per accident;

5. As a matter of law Defendant Dale Kirkindoll is entitled to $50,000.00;

6. As a matter of law Defendant Elizabeth Kirkindoll is entitled to $20,000.00;

7. As a matter of law Defendant Holt Kirkindoll is entitled to $30,000.00.

8. As further grounds for this motion the Kirkindoll defendants hereby incorporate their original Motion for Summary Judgment (document 27) and their reply to opposition of said motion (document 37). Plaintiff's incorporate said documents as fully set forth herein.

Based upon the foregoing, Defendants move this Court to enter Summary Judgment in their favor.

Respectfully submitted,

JACKSON, FOSTER & GRAHAM, LLC
Post Office Box 2225
Mobile, AL 36652
251-433-6699
251-433-6127

BY: /s/ MATHEW B. RICHARDSON
    SIDNEY W. JACKSON, III(JAC024)
    MATHEW B. RICHARDSON (RIC050)

CERTIFICATE OF SERVICE

I hereby certify that I have on this day 3rd of April, 2007, served a copy of the foregoing pleading with te Clerk of the Court using the CM/CEF system which will send notification of

such filing to the following:

R. Larry Bradford, Esq.
BRADFORD & SEARS
2020 Canyon Road
Birmingham, AL 35216

Ronald G. Davenport, Esq.
P.O. Box 270
Montgomery, Al 36101

Edgar M. Elliot, IV, Esq.
Greer B. Mallette, Esq.
505 N. 20th St.
Suite 1800
Birmingham, Al 35203

Jimmie R. Ippolito, Jr., Esq.
1409 Coliseum Blvd.
Montgomery, Al 36130

/s/ MATHEW B. RICHARDSON
JACKSON, FOSTER & GRAHAM, LLC
Post Office Box 2225
Mobile, AL 36652
251-433-6699
251-433-6127