IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CAROL THORN, et al., )<br>)<br>Defendants. ) | Civil Action No. 2:06cv717-ID |

**ORDER**

Before the court is a motion for summary judgment, filed by the Kirkindoll Defendants on October 5, 2007. (Doc. No. 90.) Plaintiff is DIRECTED to file a response to said motion on or before October 23, 2007. The Kirkindoll Defendants may file a reply, if desired, on or before October 30, 2007.

Done this 9th day of October, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE