IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) | Civil Action No. 2:06-cv-717-ID |
| ) | |
| CAROL THORN; JOLEEN LEEA COLON; ) DALE EUGENE KIRKINDOLL; ELIZABETH S. ) KIRKINDOLL; THOMAS HOLT KIRKINDOLL; ) JAMES W. GRIFFIN; SANDRA L. GRIFFIN; ) PATRICK A. BELT; CHRISTOPHER B. BELT; ) GENE STEGMAIER; ESTATE OF WILLIAM R. ) KLAUSS, a deceased minor; ESTATE OF ) CHERETY THORN, a deceased minor; ) LV STABLER MEMORIAL HOSPITAL; BRPT ) LAKE REHABILITATION CENTER; BUTER ) COUNTY EMERGENCY MEDICAL ) SERVICES; ) ) | |
| Defendants, ) ) | |

ENTRY OF DEFAULT

It appearing that defendant, Butler County EMS, was duly served with a copy of the summons and complaint in this action on March 13, 2007; defendants Baton Rouge Clinic, Southern National Life Insurance Company, and Schumacher Medical Group of Alabama, were duly served with a copy of the summons and complaint in this action on July 23, 2007, and said defendants have failed to answer or otherwise defend this action, as required by law, as set out in the motion filed herein on September 11, 2007, by plaintiff's attorney.

DEFAULT is hereby entered against said defendants, Butler County EMS, Baton Rouge Clinic, Southern National Life Insurance Company, and Schumacher Medical Group of Alabama.

DONE THIS  29th  day of   November  , 2007.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA