IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | )   CIVIL ACTION NUMBER: 2:06cv717-1D ) |
| CAROL THORN; et al. | ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Evan P. Baggett of Bradford & Sears, P.C., and respectfully requests this honorable court enter his name as additional counsel for the Progressive American Insurance Company, in the above-referenced case.

      /s/ Evan P. Baggett
Evan P. Baggett, Attorney for Plaintiff,
Progressive American Insurance Company
Federal ID Number: asb-5568-v79b

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL  35216
(205) 871-7733
ebaggett@bradfordsears.com

## CERTIFICATE OF SERVICE

  I hereby certify that I have this the ___12th___ day of December, 2007, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Mathew Richardson, Esq.
Sidney W. Jackson, III , Esq.
Jackson, Foster & Graham
P.O. Box 2225
Mobile, AL 36602

Ronald G. Davenport, Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101-0270

Edgar M. Elliott, IV, Esq.
505 North 20TH Street, Suite 1800
Birmingham, Alabama 35203

Jimmie R. Ippolito, Jr., Esq.
1409 Coliseum Boulevard
Montgomery, Alabama 36130

Greer B. Mallette, Esq.
Christian & Small, LLP
505 20th Street North
1800 Financial Center
Birmingham, AL 35203-2695

            ___/s/ Evan P. Baggett___
            OF COUNSEL