IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CAROL THORN, et al., )<br>)<br>Defendants. ) | Civil Action No. 2:06cv717-ID |

**ORDER**

Based upon the parties' joint motion for entry of final order, filed December 21, 2007, it is CONSIDERED and ORDERED that the pretrial hearing set on January 8, 2008, is hereby CANCELLED and that this case is hereby REMOVED from the January 28, 2008, trial term.

It is further CONSIDERED and ORDERED that the parties are hereby RELIEVED from complying with the impending deadlines set forth in the Uniform Scheduling Order.

It is further CONSIDERED and ORDERED that on or before January 3, 2008, the parties transmit an electronic copy of the proposed order (see Doc. No. 101) to the court as an attachment to an email message sent to <propord_dement@almd.uscourts.gov>. For these purposes, the electronic copy should be in WordPerfect or Word format and not

in Adobe Acrobat PDF format. An appropriate order on the joint motion shall be forthcoming.

    Done this 28th day of December, 2007.

                              /s/ Ira DeMent
                              SENIOR UNITED STATES DISTRICT JUDGE