IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE AM. INS. CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:06cv717-ID |
| v. | ) |
| | ) |
| CAROL THORN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The court has reviewed the parties' joint motion for entry of final order, as well as the accompanying proposed order in which the parties request the court to disburse the interpleaded funds, plus accrued interest, to the law firm of Jackson, Foster & Graham, LLC, on behalf of the Kirkindoll Defendants. (Doc. No. 101.) Prior to the court's entry of a final order disbursing the interpleaded funds, the party or parties who will be responsible for paying taxes on the accrued interest must provide the court with a completed and signed IRS W-9 Form.

Accordingly, it is CONSIDERED and ORDERED that the responsible party or parties, through counsel, submit the required IRS W-9 Form(s) on or before January 16, 2008. The IRS W-9 Form(s) shall be submitted or mailed <u>to the chambers of the undersigned</u>, not filed with the clerk.

Done this 7th day of January, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE