IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE AMERICAN INSURANCE COMPANY, | * * * |
| Plaintiff, | * * |
| v. | * * |
| CAROL THORN, JOLEEN LEEA COLON; DALE EUGENE KIRKINDOLL; ELIZABETH S. KIRKINDOLL; THOMAS HOLT KIRKINDOLL; JAMES W. GRIFFIN; SANDRA L. GRIFFIN; PATRICK A. BELT; CHRISTOPHER B. BELT; GENE STEGMAIER; ESTATE OF WILLIAM R KLAUSS, a deceased minor, LV STABLE MEMORIAL HOSPITAL; DRPT. LAKE REHABILITATION CENTER; BUTLER COUNTY EMERGENCY MEDICAL SERVICES. | * * CIVIL ACTION NO: 2:06cv 717-ID * * * * * * * * * * |
| Defendants. | * |

**PLAINTIFF'S SUBMISSION OF W-9 DOCUMENTS**

     Parties, Dale Kirkindoll, Elizabeth Kirkindoll and Thomas Kirkindoll hereby submit their W-9 forms to the Court, pursuant to this Court's order of January 7th, 2008.

Respectfully submitted,

                                             /S/MATHEW B. RICHARDSON
                                             JACKSON, FOSTER & GRAHAM, LLC
                                             Post Office Box 2225
                                             Mobile, AL 36652
                                             251-433-6699
                                             251-433-6127

CERTIFICATE OF SERVICE

    I hereby certify that I have on this day 3rd of April, 2007, served a copy of the foregoing pleading with te Clerk of the Court using the CM/CEF system which will send notification of such filing to the following:

R. Larry Bradford, Esq.
BRADFORD & SEARS
2020 Canyon Road
Birmingham, AL 35216

Christopher L. Whittington, Esq.
WHITTINGTON & REYNOLDS
P.O. Box 3035
Baton Rouge, LA 70821-3035

                                                /s/ MATHEW B. RICHARDSON

The W-9 forms have been stricken from the record due to the personal information provided listed on the forms. The forms have provided to the appropriate individuals.